UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HELEN JONES, widow of C. RANDELL JONES, JR.**                **PLAINTIFF**

V.                               CIVIL ACTION NO.1:06CV734 LTS-RHW

**MISSISSIPPI FARM BUREAU MUTUAL INS. CO.;**
**FIDELITY NATIONAL INSURANCE COMPANY;**
**ROSS-KING-WALKER, a division of Hancock**
**Insurance, ET AL.**                                **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's Motion [21] To Remand is **DENIED**.

**SO ORDERED** this 21st day of May, 2007.

> s/ L. T. Senter, Jr.
> L. T. SENTER, JR.
> SENIOR JUDGE