UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HELEN JONES** **PLAINTIFF**

**V.** **CIVIL ACTION NO.1:06CV734 LTS-RHW**

**MISSISSIPPI FARM BUREAU MUTUAL INS. CO.;**
**FIDELITY NATIONAL INSURANCE COMPANY;**
**ROSS-KING-WALKER, a division of Hancock**
**Insurance, ET AL.** **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [46] of Fidelity National Insurance Company to strike the plaintiff's claim for extra-contractual damages is hereby **GRANTED** without prejudice to the right of the plaintiff, in the event she is the prevailing party in this action, to seek an award of attorneys' fees and other relief under 42 U.S.C. §2412 if she believes, in good faith, that her claim meets the requirements of this act.

**SO ORDERED** this 10th day of October, 2007.

                                                                              s/ L. T. Senter, Jr.
                                                                              L. T. SENTER, JR.
                                                                              SENIOR JUDGE