```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION
```

**HELEN JONES**                                                         **PLAINTIFF**

VS.                              CIVIL ACTION NO. 1:06-cv-734-WHB-RHW

**MISSISSIPPI FARM BUREAU MUTUAL INSURANCE CO.;**
**FIDELITY NATIONAL INSURANCE CO.;**
**ROSS-KING-WALKER, A Division of Hancock Insurance;**
**and JOHN DOES A, B, C. D, E, F, G and H**                             **DEFENDANTS**

**ROSS-KING-WALKER**                                                    **CROSS-PLAINTIFF**

VS.

**FIDELITY NATIONAL INSURANCE CO.**                                     **CROSS-DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order that granted the Motion of Fidelity National Insurance Company for Summary Judgment as to Plaintiff's claims; granted the Motion of Ross-King-Walker for Summary Judgment as to Plaintiff's claims; and granted the Motion of Fidelity National Insurance Company for Summary Judgment as to Cross-Plaintiff's claims, this case is hereby dismissed with prejudice.

SO ORDERED this the 25th day of August, 2008.

```
                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE
```